JUSTICE ET UX. *v.* UNITED STATES ET AL.

No. 570.   Decided March 4, 1968.

*Francis D. Burke* for appellants.

*Acting Solicitor General Spritzer, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

JONES *v.* RUSSELL, WARDEN.

No. 407, Misc.   Decided March 4, 1968.

*George F. McCanless,* Attorney General of Tennessee, and *Paul E. Jennings,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   Upon the representations of the Attorney General and our own independent consideration of the entire case, the judgment is vacated and the case remanded to the Supreme Court of Tennessee for further proceedings.